IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH III, | No. C 03-04646 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED PARCEL SERVICE, | |
| Defendant. | |

    Plaintiff filed a Rule 56(f) request with the Court to extend the hearing date for defendant's motion for summary judgment, which is currently scheduled for October 7, 2005 at 10:00 am, as well as the trial date currently scheduled for November 7, 2005.

    After carefully considering the request and reviewing the two-year history of this case, the Court hereby GRANTS plaintiff's request to continue the hearing for defendant's motion for summary judgment until October 28, 2005 at 10:00 am. Plaintiff must file his opposition to the motion for summary judgment by October 7, 2005, and defendant may file a reply by October 14, 2005. The Court DENIES plaintiff's motion to continue the trial date.

    In addition, the Court has assigned Magistrate Judge Edward Chen to settle any outstanding discovery disputes in an expedited manner. To that end, the Court directs plaintiff to file any motion to compel by Monday, September 19, 2005 at 12 noon. Defendant may file a response by Tuesday, September 20, 2005 at 12 noon. The motion, if

timely filed, will be heard before Magistrate Judge Chen on Wednesday, September 21 at 10:30 am.

**IT IS SO ORDERED.**

Dated: September 15, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4646\orderrule56(f).wpd            2