E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN SMITH, III

          Plaintiff(s),

v.

UNITED PARCEL SERVICE, INC.

          Defendant(s).

CASE NO. C-03-04646-CRB

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

__Jennifer L. Kirk__, an active member in good standing of the bar of __Georgia__, whose business address and telephone number is __Paul Hastings, et al., 600 Peachtree St., NE, 24th Fl., Atlanta, GA 30308__ (404)815-2400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing __United Parcel Service, Inc.__,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 29, 2005

United States Magistrate Judge
Hon. Edward M. Chen