IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH III, | No. C 03-04646 CRB |
| Plaintiff, | **ORDER RE CONTINUANCE OF TRIAL DATE** |
| v. | |
| UNITED PARCEL SERVICE, | |
| Defendant. | |

Now before the Court is a joint stipulation agreeing to a continuance of the trial date in this matter. After defendant filed a motion for summary judgment on September 2, 2005, the Court granted plaintiff an additional three weeks to file its opposition so that the parties could resolve a discovery dispute. The motion for summary judgment is currently scheduled to be heard on October 28, 2005, and the trial date is set for November 7, 2005.

After reviewing the stipulation and carefully considering the history of this case, the Court hereby grants a continuance of the trial date until December 5, 2005.

**IT IS SO ORDERED.**

Dated: October 11, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4646\orderretrialdate.wpd