1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   KATHERINE L. KETTLER (Cal. State Bar No. 231586)
2  DANIEL E. WALDMAN (Cal State Bar No. 223034)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   Attorneys for Defendant
6  United Parcel Service, Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JOHN SMITH, III,                    No.  C-03-04646-CRB-EMC

12         Plaintiff,                   **[PROPOSED]** ORDER GRANTING DEFENDANT
                                        UNITED PARCEL SERVICE, INC.'S REQUEST
13         vs.                          TO FILE DOCUMENTS UNDER SEAL

14  UNITED PARCEL SERVICE, INC.,

15         Defendant.

16

17     The Court having considered defendant United Parcel Service, Inc.'s motion to file under seal,

18  the Supplemental Declaration of Roddrick Lee in Support of Defendant United Parcel Service, Inc.'s

19  Motion for Summary Judgment and Exhibits A – C, and Exhibits D and E to the Supplemental

20  Declaration of Katherine L. Kettler in Support of Defendant United Parcel Service, Inc.'s Motion for

21  Summary Judgment, and good cause appearing therefor,

22     IT IS ORDERED that the motion be and is hereby GRANTED that the documents specified

23  above be filed with the Clerk under seal.

24

25     Dated:  October  24 , 2005.

26                                      _____
27                                      APPROVED
                                        Judge Charles R. Breyer
28

                                        ORDER TO FILE DOCS UNDER SEAL
LEGAL_US_W # 52833377.1                 U.S.D.C., N.D. Cal. No. C-03-4646-CRB-EMC