1  Daniel Ray Bacon, Esq., State Bar # 103866
   Aaron S. Gorfein, Esq., State Bar # 183295
2  LAW OFFICES OF DANIEL RAY BACON
   234 Van Ness Avenue
3  San Francisco, California 94102-4515
   Telephone: (415) 864-0907
4  Facsimile: (415) 864-0989

5  Attorney for Plaintiff
   JOHN SMITH, III

6

7

8                    UNITED STATES DISTRICT COURT

9          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  JOHN SMITH, III,                    )   CASE NO. 03 4646 CRB
                                        )
11                   Plaintiff,         )   PLAINTIFF'S MOTION FOR
                                        )   ADMINISTRATIVE RELIEF
12           v.                         )   AND PROPOSED ORDER
                                        )
13  UNITED PARCEL SERVICE, INC.,        )
                                        )   **ORIGINAL**
14                   Defendants.        )
                                        )

15

16

17

18       Pursuant to Local Rules 7-11 and 79-5 Plaintiff hereby requests permission to file the

19  documents submitted herewith under seal.

20                          **PLAINTIFF'S REQUEST**

21       On September 21, 2005 Plaintiff's motion to compel production of documents was heard by

22  The Honorable Magistrate Judge Chen. Plaintiff's motion was granted in part and denied in part. In

23  his order regarding the motion Magistrate Judge Chen ordered various documents produced under an

24  "attorney's eyes only" protective order.

25       Several of the documents produced under the "attorney's eyes only" protective order, as well

26  as sections of a deposition where some of the documents were discussed, are relevant to the

27  Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The documents in question

28                                      -1-

relate to disciplinary actions against individual UPS employees who are not a party to the present action. In addition the documents include a discrimination complaint made by a former UPS employee to the California Department of Fair Employment of Housing. The documents identify the particular employees involved and, in some cases, their home addresses. Plaintiff has assembled the relevant exhibits in the "Supplemental Declaration of Aaron S. Gorfein in Opposition to Defendant's Motion for Summary Judgment."

Plaintiff therefore requests the permission of the Court to file the Supplemental Declaration of Aaron S. Gorfein in Opposition to Defendant's Motion for Summary Judgment under seal with the Court.

On October 11, 2005 Plaintiff requested that Defendant UPS agree to stipulate to the filing of the declaration in question under seal. Defendant responded by stating that it would stipulate, but objected to the filing of the supplemental declaration because it was untimely.

Dated: October 11, 2005

LAW OFFICES OF DANIEL RAY BACON


DANIEL RAY BACON
Attorneys for Plaintiff
JOHN SMITH III

-2-

1

## ORDER

2

3        GOOD CAUSE APPEARING THEREFORE, the Court hereby orders that the Supplemental

4    Declaration of Aaron S. Gorfein in this matter be filed under seal with this Court.

5

6    IT IS SO ORDERED.

7

8    Dated: October 25, 2005

9                                              THE HONORABLE CHARLES R. BREYER
                                               Judge of the U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-