IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH III, | No. C 03-04646 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

    Now before the Court in this employment discrimination action is defendant's motion for summary judgment. In its Opposition, plaintiff prays for sanctions against defendant for failure to disclose two key witnesses pursuant to Rule 26(a). In particular, plaintiff contends that defendant did not disclose the identity of Roddrick Lee, who works in the Human Resources Department of the East Bay District of UPS and submitted two declarations in support of defendant's motion. Defendant responds that plaintiff had actual knowledge of Lee's existence and that plaintiff further heard about Lee from his September 2, 2005 declaration submitted in support of defendant's motion for summary judgment. In addition, plaintiff contends that defendant did not disclose the identity of Jim Tuck, who played a significant role overseeing defendant's investigation of plaintiff. Defendant responds that plaintiff similarly had actual knowledge of Tuck's involvement and received further notice from the August 18, 2005 deposition of Rebecca Cooper and the September 2, 2005 declaration of Julie Rose submitted in support of defendant's motion.

After carefully considering these arguments, the Court finds defendant's explanation insufficient and hereby GRANTS plaintiff leave to notice and take the depositions of Roddrick Lee and Jim Tuck within 30 days of the date of this Order.  Oral argument on defendant's motion for summary judgment is continued until December 16, 2005.  Plaintiff may file a supplemental brief limited to the subject matter of the depositions on or before November 30, 2005.  Defendant may reply to plaintiff's supplemental brief on or before December 7, 2005.

The trial date is continued until January 30, 2006.

**IT IS SO ORDERED.**

Dated: October 26, 2005

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE