**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH III, | No. C 03-04646 CRB (EMC) |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

Now pending before the Court in this employment discrimination action is defendant's motion for summary judgment. After receiving a second leave to conduct further discovery, plaintiff alleges that the supplemental discovery reveals that defendant may not have produced documents relevant to plaintiff's claims as ordered by Magistrate Judge Chen on September 21, 2005. Plaintiff is once again granted leave to make a proper motion as to any non-compliance by defendant with regard to its discovery obligations. Plaintiff is ordered to submit any motion to this effect to Judge Chen on or before December 30, 2005, 2005. Defendant may file a reply on or before January 6, 2006. Judge Chen will notify the parties of any further proceedings.

//

//

//

**IT IS SO ORDERED.**

Dated:

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE