**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH, III, | No. C 03-04646 CRB |
| Plaintiff, | **ORDER RE: SUPPLEMENTAL BRIEFING** |
| v. | |
| UNITED PARCEL SERVICE, INC., | |
| Defendant. | |

On January 31, 2006, Magistrate Judge Edward Chen issued an order regarding a motion to compel discovery. The Order required defendant to produce the last of the relevant documents, if any, to plaintiff by February 6, 2006. In light of Judge Chen's Order, the Court hereby ORDERS the parties to submit any supplemental briefing by March 3, 2006. The briefs shall not exceed five (5) pages and shall pertain to the new discovery only. Further discovery disputes, if any, shall be brought to the attention of Judge Chen no later than February 17, 2006, after which date the Court will not consider discovery matters for the purposes of defendant's motion for summary judgment.

**IT IS SO ORDERED.**

Dated: February 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4646\order re supp brief.wpd