IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SMITH III,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED PARCEL SERVICE,<br><br>    Defendant. | No. C 03-04646 CRB<br><br>**ORDER** |

On December 8, 2006, this Court held a hearing at which it ordered Plaintiff to pay the sum of $40.00 per month to reimburse Defendant for costs incurred during this employment discrimination lawsuit. On January 9, 2007, the Court received a communication from Plaintiff indicating that Defendant is still garnishing his wages at a rate of more than $40.00 per month. Defendant is hereby ORDERED to submit a declaration, not later than Wednesday, January 17, 2007, indicating what action it has taken to comply with the Court's ruling.

**IT IS SO ORDERED.**

Dated: January 10, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\4646\order re costs.wpd